IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02707-BNB

GABRIEL ATSEPOYI,

    Plaintiff,

v.

CARL'S JR.,
AMBER SANDERS, and
FIREMAN'S FUND INSURANCE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT

JAN 0 5 2011

GREGORY C. LANGHAM
                 CLERK

## ORDER DISMISSING CASE

Plaintiff, Gabriel Atsepoyi, currently resides in Denver, Colorado. Mr. Atsepoyi, acting *pro se*, initiated this action by filing a Complaint. On December 27, 2010, Mr. Atsepoyi filed a Motion to Dismiss Pursuant to Rule 41(a)(1)(b) with the Court requesting that the instant action be dismissed. The Court must construe the Motion liberally because Mr. Atsepoyi is a *pro se* litigant. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Motion as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of December 27, 2010, the date the Notice was filed with the Court. See **Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of December 27, 2010, the date Mr. Atsepoyi filed the Notice in this action.

DATED at Denver, Colorado, this __4th__ day of ___January_____, 2011.

                                      BY THE COURT:

                                      ___s/Lewis T. Babcock_____
                                      LEWIS T. BABCOCK, Judge
                                      United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02707-BNB

Gabriel Atsepoyi
10070 E Carolina Dr #202
Aurora, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on December 8, 2010.

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                           Deputy Clerk